IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 18 PM 3:33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| ANGELA HARMON | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 04-2858-DV |
| SAM'S EAST, INC., | ) |
| Defendant. | ) |

### [~~PROPOSED~~] ORDER GRANTING SAM'S EAST, INC.'S MOTION TO COMPEL DISCOVERY

This matter came before the Court upon the Motion to Compel Discovery and Memorandum in Support Thereof by counsel for Defendant, Sam's East, Inc. It appears to the Court that the Motion is well taken and it should be and hereby is granted. *The plaintiff has not responded, & the time for response has expired.*

IT, IS, THERFORE, ORDERED, ADJUDGED, AND DECREED that Plaintiff respond to Defendant Sam's East, Inc.'s First Set of Interrogatories and Request for Production of Documents no later than fourteen (14) days after the entry of this Order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff make its Rule 26(a)(1) Disclosures no later than seven (7) days after entry of this Order.

FURTHER BEING ORDERED, ADJUDGED AND DECREED that counsel for Sam's East, Inc. produce an Affidavit stating the amount of attorney's fees incurred by Sam's East, Inc for the preparation of its Motion and Memorandum to Compel Discovery and that Plaintiff be ordered to pay such costs to Defendant Sam's East, Inc.

M CJS 870702 v2
2825865-000110 04/25/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-20-05

                                                                          _Diane K. Vescovo_
                                                                     ~~District Court Judge~~ U.S. Magistrate Judge

                                                                     Date: _May 18, 2005_

M CJS 870702 v2
2825865-000110  04/25/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02858 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Keith V. Moore
LAW OFFICE OF KEITH V. MOORE
100 N. Main Street
Ste. 3217
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT