FILED BY ⟨illegible⟩ D.C.

05 SEP 29 PM 5: 11

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA HARMON, | * | |
| Plaintiff, | * | |
| VS. | * | CIVIL ACTION NO. 2-04-CV 2858-D/V |
| SAM'S EAST, INC., | * | |
| Defendant. | * | |

## ORDER ON MOTION TO ENLARGE SCHEDULED TIME LIMITS

This cause came on by submission to the Court upon a Motion to Enlarge Scheduled Time Limits, a supporting Memorandum, a Certificate of Consultation, and the entire record in this cause of action.

From all of which it satisfactorily appears to the Court that this Motion establishes excusable neglect and that the scheduled time limits established in this case should be enlarged to December 2, 2005.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the scheduled limits established in this cause of action shall be enlarged to December 2, 2005.

ORDERED this 29th day of September, 2005.

Diane K. Viscovo
U. S. Magistrate Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

-1-



APPROVED:

*[signature]*

Keith V. Moore, #8401
Attorney for the Plaintiff
Suite 3217, 100 N. Main Building
Memphis, Tennessee 38103
(901) 523-9669

*[signature]*

Clinton J. Simpson
Attorney for the Defendant
by Keith V. Moore
/with permission

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02858 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Keith V. Moore
LAW OFFICE OF KEITH V. MOORE
100 N. Main Street
Ste. 3217
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT